# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 14 WAL 2019

Respondent   :

  :   Petition for Allowance of Appeal from

  :   the Order of the Superior Court

v.   :

CHRISTOPHER ROBERT WEIR,   :

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of June, 2019, the Petition for Allowance of Appeal is **GRANTED**. The issue, as stated by petitioner, is:

> Whether the Superior Court majority erred in holding that a challenge to an order of restitution pursuant to 18 Pa.C.S.A. § 1106 (Restitution for Injuries to Persons or Property), contending that the amount is speculative and not supported by the record, always implicates the discretionary aspects of sentence that is subject to waiver, or whether such a challenge actually may implicate the legality of sentence and is non-waivable, as Judge Kunselman correctly concluded in her concurring opinion?

The parties are directed to address the Opinion Announcing the Judgment of the Court in *Commonwealth v. Foster*, 17 A.3d 332 (Pa. 2011) (plurality), that was adopted by *Commonwealth v. Barnes*, 151 A.3d 121 (Pa. 2016).